In the Matter of the Application of CLAUDE F. CURTIS, Appellant, for a Peremptory Writ of Mandamus against HENRY MOSKOWITZ et al., Composing the Municipal Civil Service Commission of the City of New York, Respondents.

*Matter of Curtis* v. *Moskowitz*, 168 App. Div. 900, affirmed.
(Argued January 6, 1916; decided February 29, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1915, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendants to reinstate the relator in the position of clerk to the municipal civil service commission of the city of New York. The relator was suspended from the municipal civil service commission on or about July 18, 1914, as a result of the abolishment of the so-called labor bureau of the commission and of his position in said so-called bureau of assistant labor clerk. He alleges that he is an honorably discharged veteran of the Spanish-American war and as such is entitled to a preference in retention in employment on a reduction of the force of clerks and other employees of the commission. He asserts, and this is not denied, that his duties have been transferred to other employees of the commission, some of whom have not the title of clerk, but are classified as examiner, stenographer and typewriter and third grade clerk. Furthermore, that there is no lack of work, and that his removal was made in bad faith for reasons which are false and on account of his political opinions and affiliations.

*Frank A. Spencer, Jr.,* for appellant.

*Lamar Hardy, Corporation Counsel (Terence Farley* and *Elliot S. Benedict* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CARDOZO and SEABURY, JJ. Not voting: HOGAN, J.